3

United States District Court
Southern District of Texas
ENTERED
19 th
AUG 19 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 1 9 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS KILDOW | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98CV-118 |
| | * | |
| NCO FINANCIAL SYSTEMS, INC. | * | |
| and REIMBURSEMENT | * | |
| TECHNOLOGIES, INC. | * | |

## ORDER GRANTING AGREED MOTION TO EXTEND
## DEFENDANT REIMBURSEMENT TECHNOLOGIES, INC.'S
## DEADLINE TO RESPOND TO PLAINTIFF'S ORIGINAL PETITION

CAME ON FOR CONSIDERATION, the Agreed Motion to Extend Defendant Reimbursement Technologies, Inc.'s Deadline to Respond to Plaintiff's Original Petition, and the Court, after considering the evidence and argument of counsel, is of the opinion that said Motion should be GRANTED; It is therefore

ORDERED, ADJUDGED and DECREED that the Agreed Motion to Extend Defendant Reimbursement Technologies, Inc.'s Deadline to Respond to Plaintiff's Original Petition to Monday, August 31, 1998, is hereby GRANTED.

DONE at Brownsville, Texas, on this _____ day of _____, 1998.

_____
JUDGE PRESIDING