IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THOMAS KILDOW | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98CV-118 |
| | * | |
| NCO FINANCIAL SYSTEMS, INC. | * | |
| and REIMBURSEMENT | * | |
| TECHNOLOGIES, INC. | * | |

**AGREED ORDER GRANTING AGREED MOTION
TO DISMISS WITH PREJUDICE**

On this day came to be heard the Agreed Motion to Dismiss With Prejudice filed by Plaintiff Thomas Kildow, Defendant Reimbursement Technologies, Inc., and Defendant NCO Financial Systems, Inc. The Court has fully considered the motion and is of the opinion that it has merit and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the claims alleged by Plaintiff Thomas Kildow against Defendant Reimbursement Technologies, Inc. and Defendant NCO Financial Systems, Inc. and this entire action are hereby dismissed with prejudice; and

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that all costs and attorney's fees shall be borne by the party incurring same.

Done at Brownsville, Texas on this 13 day of _____, 1998.

_____
UNITED STATES DISTRICT JUDGE



AGREED AS TO SUBSTANCE AND FORM:

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Norton A. Colvin, Jr.
State Bar No. 04632100
Federal Admissions No. 1941
    Daniel D. Herink
State Bar No. 00790873
Federal Admissions No. 18659
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

OF COUNSEL:
PEPPER, HAMILTON & SCHEETZ
Erik N. Videlock
Nicole D. Galli
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
(215) 981-4000
Fax (215) 981-4750

ATTORNEYS FOR DEFENDANT,
REIMBURSEMENT TECHNOLOGIES, INC.

ADAMS & GRAHAM, L.L.P.

By: _____
    Craig Vittitoe
State Bar No. 20593900
Federal Admissions No. 18756
Post Office Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
Fax: (956) 428-2954

ATTORNEY FOR DEFENDANT,
NCO FINANCIAL SYSTEMS, INC.

LAW OFFICES OF JOHN VENTURA

By: _____
Anthony Carrabba
State Bar No. 00793471
7 North Park Plaza
Brownsville, Texas 78521
(956) 546-9398
Fax: (956) 542-1478

ATTORNEY FOR PLAINTIFF